IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
**Honorable Elizabeth E. Brown**

| | |
|---|---|
| In re: ) | |
| ) | |
| FRANKLIN ARTHUR KELLER, ) | Case No. 09-27909 EEB |
| KRIS MARLENE KELLER, ) | Chapter 13 |
| ) | |
| Debtors. ) | |

**ORDER DISMISSING CHAPTER 13 CASE
FOLLOWING CONFIRMATION OF PLAN**

THIS MATTER comes before the Court for consideration of dismissal on the Motion to Dismiss filed by American Bank of Commerce, the Court

**FINDS** that:

1. Dismissal of this case is appropriate pursuant to 11 U.S.C. § 1307(c).
2. A plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1. THIS CASE IS DISMISSED. The Clerk of the Court shall serve this Order on all creditors and parties in interest within **ten days.**

2. In accordance with 11 U.S.C. § 349(b)(1) and (2), any transfer avoided under section 522, 544, 545, 547, 548, 549 or 724(a) of Title 11, or preserved under section 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated; any lien voided under section 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under section 522(i)(1), 542, 550 or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by the Debtor(s) to the Trustee, shall revest in the Debtor(s) as of the date of this Order pursuant to 11 U.S.C. § 349.

4. **Within 30 days of the date of this Order,** the Trustee shall distribute payments received from the Debtor(s) in accordance with the terms of the confirmed plan. 11 U.S.C. § 1326(a)(2).

Dated this 12th day of August, 2010

BY THE COURT:

_Elizabeth E. Brown_
Elizabeth E. Brown, Judge